# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barreca, Marc L. | United States Bankruptcy Court, Western District of WA | 04/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
700 Stewart Street, Room 7121
Seattle, WA 98101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association Business Law Section Spring Meeting | 03/27/2019 to 03/29/2019 | Vancouver, Canada | Attendanace at ABA Business Law Section Spring Meeting | lodging, transportation, meals |
| 2. | Oregon Bar Association | 04/04/2019 to 04/06/2019 | Portland, OR | Annual Northwest Bankruptcy Institute CLE | lodging, transportatioin, meals, materials, and registration fee |
| 3. | National Conference of Bankruptcy Judges and the American Bar Association | 07/07/2019 to 07/10/2019 | New York, NY | Attendance at National Conference of Bankruptcy Judges | lodging, airfare, transportation and meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 04/30/2020 |

6. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 04/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Washington Federal (Account) | A | Interest | K | T | | | | | |
| 2.  Seattle Credit Union fka Seattle Metro Credit Union | A | Interest | L | T | | | | | |
| 3.  Sound Credit Union (Account) | A | Interest | J | T | | | | | |
| 4.  Advisors Disciplined Trust Unit Investment Trust 1005 | A | Dividend | | | Sold | 09/10/19 | J | B | |
| 5.  American Century GNMA Fund | C | Dividend | M | T | | | | | |
| 6.  I shares MSCI Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 7.  I Shares MSCI EAFE Index | A | Dividend | K | T | | | | | |
| 8.  IShares S&P Mid Cap 400 Index | A | Dividend | J | T | | | | | |
| 9.  IShares S&P Mid Cap 400 Value Index | A | Dividend | J | T | | | | | |
| 10.  IShares Trust Dow Jones | A | Dividend | J | T | | | | | |
| 11.  IShares S&P Small Cap 600 Index | A | Dividend | K | T | | | | | |
| 12.  IShares S&P Small Cap 600 Growth Index | A | Dividend | J | T | | | | | |
| 13.  IShares S&P Small Cap 600 Value Index | A | Dividend | J | T | | | | | |
| 14.  American Funds Captial Income Builder Fund | B | Dividend | K | T | Distributed (part) | 12/20/19 | J | A | |
| 15.  American Funds Income Fund of America | B | Dividend | K | T | Distributed (part) | 12/17/19 | J | B | |
| 16.  Credit Suisse Commodity Ret Strategy Fund | A | Dividend | J | T | | | | | |
| 17.  Lazard Developing Markets Equity Open Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Oppenheimer Developing Markets Fund | A | Dividend | J | T | Distributed (part) | 12/13/19 | J | A | |
| 19. American Funds EuroPacific Fund | A | Dividend | K | T | Distributed (part) | 12/19/19 | J | A | |
| 20. Artisian International Fund | A | Dividend | K | T | Distributed (part) | 11/21/19 | J | B | |
| 21. American Funds Washington Mutual Investors Fund | A | Dividend | K | T | Distributed (part) | 12/20/19 | J | A | |
| 22. Ford Motor Company | A | Dividend | J | T | | | | | |
| 23. JHancock3 Disciplined Value Fund | A | Dividend | K | T | Distributed (part) | 12/13/19 | J | A | |
| 24. Loomis Sayles Growth Fund | A | Dividend | M | T | Distributed (part) | 12/20/19 | J | B | |
| 25. Lord Abbett Short Duration Income Fund | A | Dividend | K | T | | | | | |
| 26. MFS Value Fund | A | Dividend | K | T | Distributed (part) | 12/19/19 | J | A | |
| 27. Microsoft Corporation | A | Dividend | J | T | | | | | |
| 28. Oracle Corporation | A | Dividend | J | T | | | | | |
| 29. Russell Global Real Estate Securities Fund | A | Dividend | J | T | | | | | |
| 30. Schwab Div Emerging Market Equity Fund | A | Dividend | K | T | | | | | |
| 31. Schwab International Equity | | None | K | T | | | | | |
| 32. Schwab S&P 500 Index Fund | C | Dividend | M | T | Distributed (part) | 12/20/19 | J | A | |
| 33. Schwab US Aggregate Bond | B | Dividend | L | T | | | | | |
| 34. Schwab US Large Growth Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barreca, Marc L. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab US Small Blend Index | A | Dividend | L | T | | | | | |
| 36. Toyota Motor Corp ADR | A | Dividend | J | T | | | | | |
| 37. Vanguard Intermediate Term Tax Exempt Bond Fund | B | Dividend | L | T | | | | | |
| 38. American Funds Balanced Fund | A | Dividend | K | T | Distributed (part) | 12/17/19 | J | A | |
| 39. PIMCO Foreign Bond Fund | A | Dividend | K | T | Distributed (part) | 12/11/19 | J | A | |
| 40. Powershares QQQ | A | Dividend | M | T | Sold (part) | 09/16/19 | J | B | |
| 41. Schwab Retirement Money Market Fund | A | Dividend | | | Merged (with line 52) | 01/01/19 | J | A | |
| 42. Schwab US Mid Blend | A | Dividend | L | T | | | | | |
| 43. SPDR S&P 500 | C | Dividend | K | T | | | | | |
| 44. Vanguard REIT Index | A | Dividend | K | T | | | | | |
| 45. Vanguard REIT Index Fund | B | Dividend | K | T | | | | | |
| 46. The Tocqueville Phoenix Fund | A | Dividend | L | T | Distributed (part) | 11/14/19 | J | B | |
| 47. Schwab US REIT Index | A | Dividend | K | T | | | | | |
| 48. SSR Mining | | None | J | T | | | | | |
| 49. Baird Mid Cap Investors Fund | A | Dividend | K | T | Distributed (part) | 12/17/19 | J | A | |
| 50. AAM Himco Short Duration Fund | A | Dividend | K | T | | | | | |
| 51. Schwab Bank Sweep | A | Dividend | J | T | Sold (part) | 01/17/19 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barreca, Marc L.** | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Schwab Investor Money Market Fund SWRXX | A | Dividend | J | T | | | | | |
| 53. Schwab Value Advantage Money Market Fund SWVXX | B | Dividend | M | T | Buy | 01/17/19 | M | | |
| 54. Bank of America (Account) | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Cleaned up the Schwab cash positions. At the end of 2019 there were holdings in Schwab Bank, Schwab Value Advantage Money Market Fund (SWVXX) and the Schwab Investor Money Market Fund (SWVXX). Line 40 from last year was merged to line 52. On May 9, 2019 a number of mutual funds were swapped for the same underdlying fund but a share class with a lower Operating Expense Ratio, as follows,

American Balanced, BALFX to AMBFX
American Century GNMA, BGNMX to AGMHX
PIMCO Intl Bond US, PFOAX to PFORX
Oppenheimer Developing Markets, ODMAX to ODVYX
Loomis Sayles Growth, LGRRX to LSGRX
Lazard Developing Markets, LDMOX to LDMIX
Artisan International, ARTIX to APDIX
Income Fund of America, IFAFX to AMEFX
EuroPacific Growth, AEGFX to AEPFX
Capital Income Builder, CIBFX to CAIFX
Vanguard REIT Index, VGSIX to VGSLX

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ Marc L. Barreca**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544